```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  YOSHINORI H. T. HIMEL #66194
    Assistant United States Attorney
 3  Eastern District of California
    501 I Street, Suite 10-100
 4  Sacramento, California 95814-2322
    Telephone: (916) 554-2760
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>STEPHEN C. WILSON<br><br>Respondent. | 2:07-mc-00132-LEW-GGH<br><br>**ORDER TO SHOW CAUSE RE: TAX SUMMONS ENFORCEMENT**<br><br>Taxpayer: CUSTOM ELECTRICAL CONTRACTORS, INC.<br><br>Date: Thursday, February 7, 2008<br>Time: 10:00 a.m.<br>Ctrm: Hon. Gregory G. Hollows<br>         (Crtrm. # 24, 8th Floor) |
|---|---|

Upon the petition of McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and the Exhibit attached thereto, including the verification of Revenue Officer CHARLES DUFF, it is hereby:

ORDERED that the Respondent, STEPHEN C. WILSON, appear before United States Magistrate Judge Gregory G. Hollows, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Thursday, February 7, 2008 at 10:00 a.m., to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued on August 14, 2007.

It is further ORDERED that:

1. The United States Magistrate Judge will preside, under to 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above. After hearing,

1  the Magistrate Judge intends to submit proposed findings and recommendations under
2  Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided to all
3  parties.

4      2. The Court hereby appoints the group manager of the petitioning Internal
5  Revenue Service employee, and all federal employees designated by that group manager,
6  under Fed. R. Civ. P. 4(c)(1), to serve process in this case.

7      3. A copy of this order, the Verified Petition and its Exhibit, and the Points and
8  Authorities, shall  be personally served upon the respondent within 21 days of the date
9  this order is served upon the United States Attorney, unless personal service cannot be
10  made despite reasonable efforts.

11      4. If the federal employee assigned to serve the order, together with the Verified
12  Petition and its Exhibit, is unable to serve these documents personally despite making
13  reasonable efforts to do so, other means of service may be used.  See Fed. R. Civ. P.
14  81(a)(5).  Such means may include verifying the respondent's place of abode or business
15  by postal trace or otherwise, posting the documents on the door of the respondent's place
16  of abode or business, and mailing an additional copy by ordinary or certified mail.  The
17  federal employee shall make a declaration detailing the efforts made within the 21-day
18  period to serve the respondent personally, and the other means of service used.

19      5. Proof of any service done pursuant to paragraph 3 or 4, above, shall be filed
20  with the Clerk as soon as practicable.

21      6. The file reflects a prima facie showing that the investigation is conducted
22  pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the
23  information sought is not already within the Commissioner's possession, and that the
24  administrative steps required by the Code have been followed.  United States v. Powell,
25  379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to
26  whoever might oppose enforcement.

27
28

    7. If the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United States Attorney at least 10 days prior to the date set for the show cause hearing.

    8. At the show cause hearing, the Magistrate Judge intends to consider the issues properly raised in opposition to enforcement. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

    9. The respondent may notify the Court, in a writing filed with the Clerk and served on the United States Attorney at least 10 days prior to the date set for the show cause hearing, that the respondent has no objections to enforcement of the summons. The respondent's appearance at the hearing will then be excused.

    10. The Clerk shall forward a copy of this Order to the United States Attorney.

DATED: 12/10/07                                               /s/ Gregory G. Hollows
                                                                       U.S. Magistrate Judge

wilson.hg