IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, and
CHARLES DUFF, Revenue Officer,
Internal Revenue Service,

       Petitioners,                        MC. NO. S-07-0132 LEW GGH

   vs.

STEPHEN C. WILSON,

       Respondent.                       ORDER
_____/

       Previously pending on this court's calendar for February 20, 2008, was an order to show cause regarding the government's petition to enforce Internal Revenue Service summons. Yoshinori Himel appeared on behalf of the United States. Stephen Wilson appeared in pro se. At that time, the court directed the petitioner to inform the court within a few weeks whether respondent had fully complied with the summons. Petitioner has now informed the court of respondent's compliance with the tax summons.

       Accordingly, IT IS ORDERED that:

  1. The show cause order of December 10, 2007 is discharged; and

  2. Clerk of the Court shall close this action.

DATED: 03/20/08

                                           /s/ Gregory G. Hollows
                                           _____
                                           U. S. MAGISTRATE JUDGE

GGH:076:USWilson0132.irs.wpd